# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| TEAM SYSTEMS INTERNATIONAL, LLC,) | Bankruptcy Case No.: 22-10066 (CTG) |
| ) | Bankr. BAP No. 24-48 |
| Debtor. ) | |
| _____ ) | |
| DEBORAH EVANS MOTT, STEVEN M. ) | |
| ACOSTA, CHRISTOPHER MOTT, JOHN ) | |
| S. MACIOROWSKI, ADDY ROAD LLC, ) | |
| TEAM SYSTEMS INTERNATIONAL ) | |
| SOUTHEAST LLC, JOHN DOES 1-100, ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Civil Action No. 24-968-GBW |
| ) | |
| GEORGE L. MILLER, solely in his capacity ) | |
| as the Chapter 7 Trustee of Teams Systems ) | |
| International, LLC, ) | |
| ) | |
| Appellee. ) | |
| _____ ) | |

## **ORDER**

At Wilmington, Delaware, this **25th day of September 2024;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE