IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TEAM SYSTEMS INTERNATIONAL, LLC, | : | Chapter 7 |
| Debtor. | : | Bankr. Case No. 22-10066 (CTG) |
| DEBORAH EVANS MOTT, STEVEN M. ACOSTA, CHRISTOPHER MOTT, JOHN S. MACIOROWSKI, ADDY ROAD LLC, and TEAM SYSTEMS INTERNATIONAL SOUTHEAST LLC, | : | |
| Appellants, | : | |
| v. | : | Civ. No. 24-968-GBW |
| GEORGE L. MILLER, solely in his capacity as the Chapter 7 Trustee of the estate of TEAM SYSTEMS INTERNATIONAL, LLC, | : | |
| Appellees. | : | |

## ORDER

At Wilmington this 22nd day of July 2025, having received recommendations from Magistrate Judge Christopher J. Burke that the above-captioned appeal be withdrawn from mandatory mediation and proceed through the appellate process of this Court (D.I. 5) (the "Recommendation"); IT IS HEREBY ORDERED that:

1. The Recommendation is ADOPTED.

2. The following schedule shall govern the briefing of the merits of the appeal:

   Appellant's opening brief shall be due August 20, 2025;

   Appellee's answering brief shall be due September 3, 2025; and

   Appellant's reply brief shall be due September 17, 2025.

_____
THE HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE