IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TEAM SYSTEMS INTERNATIONAL, LLC, | Chapter 7 |
| Debtor. | Bankr. No. 22-10066 (CTG) |
| DEBORAH EVANS MOTT, STEVEN M. ACOSTA, CHRISTOPHER MOTT, JOHN S. MACIOROWSKI, ADDY ROAD LLC, and TEAM SYSTEMS INTERNATIONAL SOUTHEAST LLC, | Adv. Proc. No. 23-50004 (CTG) |
| Appellants, v. | |
| GEORGE L. MILLER, solely in his capacity as the Chapter 7 Trustee of the estate of TEAM SYSTEMS INTERNATIONAL, LLC, | Civ. No. 24-968-GBW |
| Appellees. | |

## ORDER TO SHOW CAUSE

At Wilmington, this 25th day of September 2025:

WHEREAS, on August 22, 2024, Appellants filed a Notice of Appeal with respect to the Bankruptcy Court's August 16, 2024 Order Compelling Certain Defendants to Comply with Discovery (D.I. 1);

WHEREAS, on September 25, 2024, Magistrate Judge Christopher J. Burke issued a Recommendation that the appeal be withdrawn from mandatory mediation and directing the parties "to address any request for entry of a briefing schedule to the assigned District Judge in this matter" (D.I. 5);

WHEREAS, on July 22, 2025, this Court issued an Order (D.I. 6) (the "Scheduling Order") adopting the Recommendation, and, in absence of a proposed briefing schedule from the parties, setting a schedule to govern the briefing of the merits of the appeal;

WHEREAS, pursuant to the Scheduling Order, Appellants' opening brief was due on August 20, 2025; and

WHEREAS the docket reflects that Appellants have not filed an opening brief or any request to extend the deadline set by the Scheduling Order;

NOW THEREFORE, IT IS HEREBY ORDERED that Appellants shall show cause in writing no later than October 10, 2025 why this appeal should not be dismissed. Failure to comply with this deadline may result in the dismissal of the appeal without further notice.

_____
THE HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE